UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
JAN 14 2008
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GEORGE HERMAN RUTH, | )  BK NO. 2:07bk-01101 |
| | ) |
| Debtor. | )  Chapter 13 |

### NOTICE OF APPEAL OF DISMISSAL OF CHAPTER 13 PETITION AND REQUEST FOR STAY OF PROCEEDINGS PENDING APPEAL

COMES NOW DEBTOR, GOERE HERMAN RUTH, acting pro-se and hereby serves notice upon this Court of his Notice of Appeal of dismissal of chapter 13 petition.

That Petitioner will appeal on abuse of discretion of Bankruptcy Judge in dismissing Chapter 13 filing.

Further, Debtor, George Herman Ruth, requests the Court Order the Clerk of the Bankruptcy Court to prepare the record and forward it to the United States Court of Appeals for the 4th Circuit.

Additionally, Debtor George Herman Ruth, prays that this Honorable Court enter an Order staying the proceedings pending the appeal process.

Respectfully submitted,

George Herman Ruth

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to all parties of record via 1st class US mail this 5th day of December 2007.

George Herman Ruth